# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
### 5:19-cv-00024-FDW

| | |
|---|---|
| BRIAN TROY ABERLE, ) | |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| B. PHIL HOWELL, et al., ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court on Plaintiff's Motion to Compel Release of Discovery. [Doc. 6].

Plaintiff's motion will be denied. Plaintiff is advised that discovery in this action does not commence until after Defendants have been served and answered or otherwise responded to the Complaint, and after the Court has entered a Pretrial Order and Case Management Plan in this matter setting forth deadlines for discovery and dispositive motions. Moreover, once discovery commences, Plaintiff must seek discovery from Defendants directly, rather than filing requests for discovery with the Court.

**IT IS THEREFORE ORDERED THAT:**

Plaintiff's Motion to Compel Release of Discovery [Doc. 6] is **DENIED**.

**IT IS SO ORDERED**.

Signed: May 24, 2019

Frank D. Whitney
Chief United States District Judge