# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Brian Troy Aberle,<br><br>Plaintiff(s),<br><br>vs.<br><br>B. Phil Howell, et al<br><br>Defendant(s). | JUDGMENT IN CASE<br><br>5:19-cv-00024-FDW |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 15, 2020 Order.

January 15, 2020

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court